IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KENNETH B. MURPHY                                                                           PLAINTIFF

VS.                                         CASE NO. 05-CV-1075

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY                                         DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, the Court hereby **reverses** the Commissioner's decision that Murphy's impairments do not prevent him from performing his past relevant work and **remands** this case back to the administrative law judge for further proceedings consistent with this opinion.

IT IS SO ORDERED AND ADJUDGED this 23rd day of January 2007.

      /s/ Harry F. Barnes
    Hon. Harry F. Barnes
    United States District Judge